# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | |
|---|---|
| In re:     LAKE LOVELAND DERMATOLOGY, P.C.<br>                      Debtor. | Case No.<br>19-11659 MER<br><br>Chapter 11 |
| LAKE LOVELAND DERMATOLOGY, P.C.<br>SKIN, P.C.<br>KEVIN JOHN MOTT<br><br>                Plaintiffs<br><br>v.<br><br>PATRICK LILLIS<br>TRACY AMICK<br><br>                Defendants. | Adv. Proc. No.<br>19-01117-MER |

## JOINT DISCOVERY REPORT PURSUANT TO ORDER
## FOR COMPLIANCE WITH FED. R. BANKR. P. 7026 (Fed. R. Civ. P. 26(a) and (f))

Plaintiffs Lake Loveland Dermatology, P.C., Skin, P.C., and Kevin John Mott ("Plaintiffs"), and Defendants Patrick Lillis and Tracy Amick ("Defendants"), for their Joint Discovery Report Pursuant to the Court's Order for Compliance with Fed. R. Bankr. P. 7026 (Fed. R. Civ. P. 26(a) and (f), state:

       1. <u>Confer and Discuss/Initial Disclosures</u>. The parties have discussed matters pursuant to Fed. R. Bankr. P. 7026, Fed. R. Civ. P. 26 and L.B.R. 7026-1. Lake Loveland Dermatology, P.C.'s and Patrick Lillis' and Tracy Amick's initial disclosures under Fed. R. Civ. P. 26(a)(1) were made on **July 9, 2019**. Skin, P.C.'s, and Kevin John Mott's initial disclosures will be largely the same as those of Lake Loveland Dermatology, P.C. Skin, P.C. and Kevin John

Mott will file a confirmation of the same or their own initial disclosures on or before **July 31, 2019**.

2. Amended Pleadings. The parties propose that any motions to amend or supplement pleadings or to join additional parties must be filed on or before **August 7, 2019**, and that this deadline pertains to timing only; the parties must comply with Fed. R. Civ. P. 15(a).

3. Discovery. The parties agree that discovery must be COMPLETED by **February 7, 2020**. "Completed" means that all depositions have been conducted and responses to written discovery have been submitted on or before the discovery completion date. Accordingly, interrogatories, requests for production of documents, and requests for admission shall be served at least forty-five (45) days before the discovery cutoff date. There shall be no modification to the presumptive numbers of depositions, interrogatories, or discovery requests.

4. Expert Witnesses. The parties propose that disclosures and written expert reports required by Fed. R. Civ. P. 26(a)(2)(B) shall be made and exchanged on or before **January 10, 2020**. The parties agree that evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Civ. P. 26(a)(2)(B) must be disclosed on or before **February 10, 2020**. The parties shall be limited to three expert witnesses per side. Expert discovery shall be completed by **February 28, 2020**.

5. Duty to Supplement; Sanctions. The parties agree that all disclosures and responses to discovery shall be timely supplemented pursuant to Fed. R. Civ. P. 26(e). Failure to timely disclose, or disclosures that are incomplete, false or misleading, may result in sanctions under Fed. R. Civ. P. 37(c).

6. Dispositive Motions. The parties agree that dispositive motions, if any, must be filed on or before **February 28, 2020**. Any response to a dispositive motion shall be filed with

the Court and served upon opposing parties pursuant to the Local Bankruptcy Rules. Replies shall be allowed only upon leave of Court and pursuant to the Local Bankruptcy Rules.

7. <u>Pretrial Conference.</u> A final pretrial conference will be held in this case on_____at _____o'clock_____m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.

8. <u>Trial.</u> The parties believe that trial in this matter will last no more than five days.

DATED this _____ day of July, 2019.

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court

Respectfully submitted,

Allen Vellone Wolf Helfrich & Factor P.C.

*/s/ Jordan Factor*
Jordan Factor, Esq.
Michael Gilbert, Esq.
Jeremy T. Jonsen, Esq.
1600 Stout Street, Suite 1100
Denver, Colorado 80202
Phone Number: (303) 534-4499
jfactor@allen-vellone.com
mgilbert@allen-vellone.com
jjonsen@allen-vellone.com

**COUNSEL FOR LAKE LOVELAND DERMATOLOGY, P.C.**

Kutner Brinen, P.C.

*/s/ Lee M. Kutner*
Lee M. Kutner, Esq.
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Phone Number: (303) 832-2400
lmk@kutnerlaw.com

**COUNSEL FOR SKIN, P.C.**

Goff & Goff LLC

*/s/ Lance J. Goff*
Lance J. Goff, Esq.
3015 47th Street, Suite E-1
Boulder, CO 80301
Phone Number: (303) 415-9688
lance@goff-law.com

**COUNSEL FOR KEVIN JOHN MOTT**

Senn Visciano Canges P.C.

/s/ *Frank W. Visciano*
Frank Visciano
1700 Lincoln Street, Suite 4300
Denver, CO 80203
Phone Number: (303) 298-1122
fvisciano@sennlaw.com


Markus Williams Young & Hunsicker LLC

*/s/Matthew T. Faga*
Matthew T. Faga
Jennifer M. Salisbury
1700 Lincoln Street, Suite 4500
Denver, CO  80203
Phone Number: (303) 318-0120
mfaga@markuswilliams.com
jsalisbury@markuswilliams.com

**CO-COUNSEL FOR DEFENDANTS**