**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>LAKE LOVELAND DERMATOLOGY, P.C.<br><br>  Debtor. | Case No. 19-11659 MER<br><br>Chapter 11 |
| LAKE LOVELAND DERMATOLOGY, P.C. and KEVIN JOHN MOTT<br><br>  Plaintiffs<br><br>v.<br><br>PATRICK LILLIS and TRACY AMICK<br><br>  Defendants | Adversary No. 19-1117 MER |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Court will hear oral arguments on Plaintiffs' Motion for Leave to File Amended Complaint Pursuant to F.R.C.P. 15(a) and the response and reply thereto on **Wednesday, September 18, 2019, at 10:30 a.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

DATED: August 29, 2019        BY ORDER OF THE COURT:

                KENNETH S. GARDNER, CLERK

                By:   Deborah L. Beatty, Deputy Clerk
                    United States Bankruptcy Court
                    U.S. Custom House
                    721 19th Street
                    Denver, Colorado 80202-2508