## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| September 26, 2019 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>LAKE LOVELAND DERMATOLOGY, P.C.<br><br>Debtor | Case No. 19-11650 MER<br><br>Chapter 11 |
| LAKE LOVELAND DERMATOLOGY, P.C., et al.,<br><br>   Plaintiffs.<br><br>v.<br><br>PATRICK LILLIS, et al.,<br><br>   Defendants. | Adversary Proceeding No. 19-1117 MER |
| LAKE LOVELAND DERMATOLOGY, P.C.,<br><br>   Plaintiff.<br><br>v.<br><br>790 EISENHOWER, LLC,<br><br>   Defendant. | Adversary Proceeding No. 19-1233 MER |

Appearances:

| Debtor | Lake Loveland Dermatology, P.C. | Counsel | Jordan Factor |
|---|---|---|---|
| Debtor | Skin, P.C. | Counsel | Jenny Fujii |
| Debtor | Kevin John Mott | Counsel | Lance Goff |
| Creditor | 790 Eisenhower, LLC | Counsel | Matthew Faga/Frank W. Visciano |

Proceedings: Oral arguments on Motion to Assume Lease Agreement Dated November 1, 2011 (Loveland Premises), Objection by 790 Eisenhower, LLC, and Reply by Lake Loveland Dermatology, P.C.

Oral arguments on Motion for Leave to File Amended Complaint pursuant to F.R.C.P. 15(a), Opposition filed by Defendants, and Reply filed by Plaintiffs

Orders:

For reasons stated on the record, the Debtor's Motion to Assume Lease Agreement Dated November 1, 2011 (Loveland Premises) is DENIED.

For reasons stated on the record, Plaintiffs' Motion for Leave to File Amended Complaint Pursuant to F.R.C.P. 15(a) is GRANTED.

790 Eisenhower, LLC's unopposed oral request for an extension of time in which to file a reply in support of the Motion to Dismiss in Adversary Proceeding No. 19-1233 MER is GRANTED.  790 Eisenhower, LLC shall have until October 7, 2019 in which to file its reply.

BY THE COURT:
KENNETH S. GARDNER, CLERK


By: _____
       Deputy Clerk